# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Indiana

Case Number: 1:11-CV-0944 TWP-MJD

Plaintiff:
**Broadcast Music, Inc., et al**

vs.

Defendant:
**BerTee's Inc. d/b/a Bertee's Sports Cafe and Kelly D. Kendrick a/k/a Kelly D. Nelson, Individually**

Received by EXPRESS PROCESS SERVICE, INC. on the 18th day of July, 2011 at 8:24 am to be served on **BerTee's Inc.d/b/a BerTee's Sports Cafe c/o Kelly d. Kendrick, Resident Agent, 10462 Olio Road, Fortville, IN 46040.**

I, Pamela J. Conley, being duly sworn, depose and say that on the **21st day of July, 2011** at **12:27 pm,** I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons; Complaint; Civil Cover Sheet; Appearance; Plaintiffs' Rule 7.1 and Local Rule 7.2 Disclosure Statements; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** with the date and hour of service endorsed thereon by me, to: **Kelly D Kendrick** as **Registered Agent** at the address of: **10462 Olio Road, Fortville, IN 46040** on behalf of **BerTee's Inc.d/b/a BerTee's Sports Cafe**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 34,  Sex: F,  Race/Skin Color: White,  Height: 5'6",  Weight: 130,  Hair: Brown,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 22nd day of July, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

Christine D. Petri
Commission # 599274
Notary Public - Indiana
Hancock County
My Commission Expires 01-23-2017

Pamela J. Conley
Process Server

EXPRESS PROCESS SERVICE, INC.
8250 East Washington St
Indianapolis, IN 46219-6816
(317) 890-1055

Our Job Serial Number: CRT-2011003315
Ref: Broadcast Music v. BerTee's, et al